THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. URBANAK, Appellant. [977 NYS2d 918]—

The defendant's contention that his plea of guilty should be vacated because the facts to which he allocuted do not actually constitute a crime is unpreserved for appellate review (*see People v Pryor*, 11 AD3d 565 [2004]). In any event, contrary to the defendant's contention, the facts to which he allocuted constituted the crime of attempted assault in the second degree (*see* Penal Law §§ 110.00, 120.05 [9]; *see also People v Baez*, 13 AD3d 463, 464 [2004]; *cf. People v Smielecki*, 77 AD3d 1420, 1421-1422 [2010]). Mastro, J.P., Balkin, Sgroi and Hinds-Radix, JJ., concur.